# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

158425

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* ESTATE AND TRUST OF ROBERT E.
WHITTON.
_____

MOLLY MICHALUK,
            Petitioner-Appellant,

v

SC:  158425
COA:  341737
Oakland PC:  2015-365021-DE
                        2016-372116-TV

EDDIE WHITTON and RICHARD WHITTON,
Personal Representatives of the ESTATE OF
ROBERT E. WHITTON, and Successor Trustees
of the ROBERT E. WHITTON REVOCABLE
TRUST,
            Respondents-Appellees.
_____/

        By order of June 5, 2019, the application for leave to appeal the August 9, 2018
judgment of the Court of Appeals was held in abeyance pending the decision in *In re Robert
E Whitton Revocable Trust* (Docket No. 158408).  On order of the Court, leave to appeal
having been denied in *In re Robert E Whitton Revocable Trust* on January 17, 2020, 505
Mich 956 (2020), the application is again considered, and it is DENIED, because we are
not persuaded that the questions presented should be reviewed by this Court.



        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



b0420

Clerk